**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ENYERSON PERNALETE QUINTERO** | **Cause No. MJ-26-94 -GF-JTJ** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAI T

I, Daniel Bash, having been duly sworn, hereby depose and state he following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Border Patrol Agent for over 15 years. Since August of 2025, I have been assigned to the Havre Sector Intellig nce Unit as a Task Force Officer with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) Resident Agent in Charge (RAC) office in Great Falls, Montana. My primary investigative responsibility is to investigate drug offenses, criminal immigration offenses, customs violations, and various other federal offenses in North Central Montana. I have been an Intelligence Agent since January 2022. I was assigned to the Yuma Sector Intelligence Collections Unit and Tactical Terrorism Response Team. I also served as a Task

Force Officer with the Federal Bureau of Investigation on the Joint Terrorism Task Force and Joint Counterintelligence Task Force. As an intelligence agent I have experience conducting interviews, collecting evidence, conducting research of government and open-source information, conducting surveillance, and conducting arrests. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations, and activity. My formal education includes an Associate's Degree from Oregon Institute of Technology. I am also retired from the United States Army National Guard having served 10 years as an infantryman and 11 years as an intelligence analyst.

2. I make this affidavit in support of a criminal complaint to arrest Enyerson Pernalete Quintero, a citizen of Venezuela, because there is probable cause to believe that Pernalete Quintero forcibly assaulted a uniformed Border Patrol agent while engaged in the performance of official duties, in violation of 18 U.S.C. § 111 (assaulting, resisting, or impeding certain officers or employees).

3. The statements contained in this affidavit are based upon my investigation, training and experience, and were obtained with the assistance of, and from information provided by other sworn law enforcement officers whom I believe to be competent and reliable. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe are necessary to establish

probable cause to support the arrest of Pernalete Quintero for violation of federal law.

## PROBABLE CAUSE

4. On October 6, 2026, a United States Border Patrol (USBP) agent informed TFO Bash that on the night of October 5, 2026, Pernalete Quintero had caused injury to Border Patrol Agent John Doe in the detention/processing area of the Havre Border Patrol Station, in Havre, Montana.

5. At approximately 9:45 PM Border Patrol agents attempted to move Pernalete Quintero from one detention cell to another for operational reasons. Agents explained to Pernalete Quintero in both English and Spanish the need for him to move to a different cell.

6. Pernalete Quintero refused to cooperate with the agents' request. Agents attempted to persuade Pernalete Quintero to cooperate with their requests for several minutes.

7. Pernalete Quintero continued to refuse to cooperate and agents attempted to move Pernalete Quintero.

8. Pernalete Quintero pulled John Doe to the floor causing injury to his right arm. Agents attempted to handcuff Pernalete Quintero who continued to resist.

9. An agent used an agency issued electronic control device (Taser) in "drive stun" mode to gain control of Pernalete Quintero. Pernalete Quintero was then placed in handcuffs and moved from the cell.

10. John Doe sought immediate medical care. He was not able to drive himself to the hospital due to pain and lack of mobility in his right arm.

11. TFO Bash performed an immigration and criminal records check of Pernalete Quintero. During that check, TFO Bash discovered the following: On August 20, 2026, Pernalete Quintero entered the United States from Canada near Sweetgrass, Montana. Pernalete Quintero did not present himself for inspection and was subsequently arrested by USBP.

12. Pernalete Quintero was charged with violating 8 U.S.C. § 1325 (improper entry by alien). Pernalete Quintero pled guilty to violating 8 U.S.C. § 1325 on September 23, 2026.

## CONCLUSION

13. Based on the foregoing information, there is probable cause to believe that Pernalete Quintero has violated 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officers or employees).

14. I swear the information is true to the best of my knowledge and belief. I therefore respectfully request that a warrant be issued for his arrest.

Daniel Bash, Task Force Officer
Homeland Security Investigations

Sworn before me this 8th day of October 2026.

Brian Morris
Chief United States District Judge